UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EGBERT BETHUNE,

        Plaintiff,

    -against-

TW TELECOM HOLDINGS, INC.,
TW TELECOM L.P.,
TW TELECOM OF NEW YORK L.P.,

        Defendants.
-----------------------------------------------------------X

CASE NO. 10-cv-7925

**STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE PLEAD**

    Ogletree, Deakins, Nash, Smoak & Stewart, P.C., (Sharon P. Margello, Esq.), attorneys for defendants tw telecom holdings inc., tw telecom l.p., and tw telecom of new york l.p., and Law Office of David Wims, (David C. Wims, Esq.), attorneys for plaintiff Egbert Bethune, do hereby stipulate and agree that the time by which defendants must serve an Answer, Move or otherwise Plead in response to Plaintiff's Complaint in the above-captioned matter is extended by 20 days, up to and including December 28, 2010.

OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.
Attorneys for Defendants
tw telecom holdings inc.
tw telecom l.p.
tw telecom of new york l.p.

By: _____
    Sharon P. Margello, Esq.

Dated: December 3, 2010

LAW OFFICE OF DAVID WIMS
Attorneys for Plaintiff
Egbert Bethune

By: _____
    David C. Wims, Esq.

Dated: December 2, 2010

IT IS SO ORDERED.

_____
Hon. Colleen McMahon, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/10